**FILED**
JUN 10 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EF   DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR1886-JLS |
| Plaintiff, ) | **INFORMATION** |
| v. ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |
| ROGELIO GARCIA DIAZ, ) | |
| Defendant. ) | |

The United States Attorney charges:

On or about May 12, 2008, within the Southern District of California, defendant ROGELIO GARCIA DIAZ, did knowingly and intentionally import approximately 35.72 kilograms (78.58 pounds) of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: June 10, 2008 .

KAREN P. HEWITT
United States Attorney

CALEB E. MASON
Assistant U.S. Attorney

CEM:es:Imperial
6/9/08